UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable JACK B. SCHMETTERER                                    Date: June 16, 2008

Bankruptcy Case No. ~~05 B 63062~~ 07-16011 *ob.*                Adversary No. 07 A 01080

| | |
|---|---|
| Title of Case | In re: Pearlie K. Gaines |
| | Thigpen v. Gaines |
| Brief Statement of Motion | Order of Court |
| Names and Addresses of moving counsel | |
| Representing | |
| Names and Addresses of other counsel entitled to notice and names of parties they represent | See Attached Service Certificate |

### FINAL JUDGMENT ORDER

Following trial and pursuant to Findings of Fact and Conclusions of Law stated from the bench, IT IS HEREBY ORDERED and ADJUDGED:

A. Judgment is entered for Defendant Pearlie K. Gaines on the action to bar dischargeabilty of debt under 11 U.S.C. 523(a)(2)(A).

B. Judgment is entered for Plaintiff Johnnie Thigpen adjudging that the discharge of Pearlie K. Gaines is barred under 11 U.S.C. 727.

ENTER:

United States Bankruptcy Judge

Hand this memorandum to the Courtroom Deputy.
Counsel will not rise to address the Court until motion has been called.