UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | JACK B. SCHMETTERER | Hearing Date | JULY 10, 2008 |
| Bankruptcy Case | 07 B 16011 | Adversary No. | |
| Title of Case | PEARLIE GAINES | | |
| Brief Statement of Motion | ON COURT'S ORDER | | |
| Names and Addresses of moving counsel | See attached Service Certificate | | |
| Representing | | | |

## ORDER

**IT IS HEREBY ORDERED THAT:**

Due to the Final Judgment Order Denying Discharge of Debtor in Adversary Proceeding number 07 A 01080 on June 16, 2008, the Discharge issued on this Bankruptcy case on December 7, 2007 is vacated.

ENTER:

Judge Jack B. Schmetterer